**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

JOE YORK                                                                                     PLAINTIFF

V.                                        4:16CV00882 BSM/PSH

BAILEY BARDON                                                                      DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to Chief United

States District Judge Brian S. Miller.  You may file written objections to all or part of this

Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or

legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14)

days of this Recommendation.  By not objecting, you may waive the right to appeal questions of

fact.

**DISPOSITION**

Plaintiff Joe York, who was formerly held at the Faulkner County Detention Center Unit 1,

filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 6, 2016.  On February 13, 2017,

after mail sent to York at his address of record was returned as undeliverable, the Court entered an

order directing York to file a notice of his current mailing address within 30 days.  Doc. No. 12.

That same order warned York that his failure to do so would result in the recommended dismissal

of his complaint.[1]  More than 30 days have passed, and York has not updated his address or

---

[1]The Court notes that York was also notified in an initial order of his duty to promptly notify
the Clerk and parties of any change of address.  Doc. No. 4.

otherwise responded to the Court's order.  Mail sent to York at his address of record continues to be returned as undeliverable.  Doc. No. 13.  Under these circumstances, the Court concludes that York's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff Joe York's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE