IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE YORK                                                                                    PLAINTIFF

v.                                    CASE NO. 4:16-CV-00882 BSM

BAILEY BARDON                                                                          DEFENDANT

## ORDER

The proposed findings and recommendations [Doc. No. 14] submitted by United States Magistrate Judge Patricia S. Harris have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in their entirety, and this case is dismissed without prejudice for failure to prosecute. It is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 9th day of May 2017.

UNITED STATES DISTRICT JUDGE